## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| In Re: | | |
|---|---|---|
| | Case No.: | 16-31237 |
| Patrick J. Martino | Hearing Date: | April 13, 2018 |
| Justine D. Martino | Chapter: | 13 |
| | Judge: | JNP |

### NOTICE OF HEARING

You are hereby notified of a hearing before the Honorable _____ Jerrold N. Poslusny Jr. _____, United States Bankruptcy Judge.

**Reason for Hearing:**    Objection to Trustee Certification of Default
_____

**Location of Hearing:**    Courtroom No. __4-C__
United States Court House

4th and Cooper Streets

Camden, NJ 08101

**Date and Time:**    April 13, 2018 @ 10:00 a.m. _____, or as
soon thereafter as counsel may be heard.

**COURT APPEARANCES:**    ☒  **ARE REQUIRED**    ☐  **ARE NOT REQUIRED**

DATE: __March 8, 2018__

JEANNE A. NAUGHTON, Clerk

By: _/s/ Darlene E. Fitzgerald_____
Deputy Clerk

### CERTIFICATE OF MAILING

I HEREBY CERTIFY that on _____ March 8 _____, 20__18__ this notice was served on the
following: Debtor, Attorney for Debtor, Trustee, US Trustee

JEANNE A. NAUGHTON, Clerk

By: _/s/ Darlene E. Fitzgerald_____
Deputy Clerk

*rev.1/4/17*

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 16-31237-JNP
Patrick J. Martino                                                  Chapter 13
Justine D. Martino
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin          Page 1 of 1          Date Rcvd: Mar 08, 2018
                             Form ID: pdf900       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 10, 2018.
db/jdb         +Patrick J. Martino,   Justine D. Martino,   904 Acadia Drive,   Turnersville, NJ 08012-1235

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 10, 2018                        Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 8, 2018 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor    VW Credit Leasing, Ltd dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Isabel C. Balboa    ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
          Rex J. Roldan    on behalf of Joint Debtor Justine D. Martino roldanlaw@comcast.net,
           r43760@notify.bestcase.com
          Rex J. Roldan    on behalf of Debtor Patrick J. Martino roldanlaw@comcast.net,
           r43760@notify.bestcase.com
          Robert P. Saltzman    on behalf of Creditor    Freedom Mortgage Corporation dnj@pbslaw.org
                                                                                        TOTAL: 6