Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

                        Case No.:  16−31237−JNP
                        Chapter:  13
                        Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Patrick J. Martino                                              Justine D. Martino
   904 Acadia Drive                                            aka Justine D. Tanner
   Turnersville, NJ 08012                            904 Acadia Drive
                                                                    Turnersville, NJ 08012

Social Security No.:
   xxx−xx−0443                                            xxx−xx−2094

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
   Debtor and Joint Debtor was entered on May 11, 2018.

    Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: May 11, 2018
JAN: cmf

                                                                                                Jeanne Naughton
                                                                                                 Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 16-31237-JNP
Patrick J. Martino                                                    Chapter 13
Justine D. Martino
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1         User: admin            Page 1 of 2           Date Rcvd: May 11, 2018
                             Form ID: 148           Total Noticed: 53

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 13, 2018.
db/jdb         +Patrick J. Martino,    Justine D. Martino,    904 Acadia Drive,    Turnersville, NJ 08012-1235
cr             +Freedom Mortgage Corporation,     907 Pleasant Valley Ave,    Mount Laurel, NJ 08054-1210
516647442       Apex Asset Management, LLC,    Virtua Health System - WJ,    PO Box 5407,
                 Lancaster, PA 17606-5407
516485506       Banfield Pet Hospital,    637 Woodbury Glassboro Rd,    Sewell, NJ 08080-3733
516485507      +Best Buy Credit Services,    PO Box 790441,    Saint Louis, MO 63179-0441
516485508      +Bureau of Accounts Control,    PO Box 538,    Howell, NJ 07731-0538
516485514       Financial Recoveries,    PO Box 1388,    Mount Laurel, NJ 08054-7388
516485515      +Freedom Mortgage Corporation,    10500 Kincaid Drive,    Fishers, IN 46037-9764
516592690      +Freedom Mortgage Corporation,    Attention: Bankruptcy Department,    10500 Kincaid Drive,
                 Fishers, IN 46037-9764
516485516      +Guardian Termite & Pest Control,    83 Cross Keys Road,    Berlin, NJ 08009-1457
516485517      +Home Depot Credit Services,    PO Box 790328,    Saint Louis, MO 63179-0328
516485520       Kay Jewelers,    PO Box 3680,   Akron, OH 44309-3680
516485521       Kennedy Health System,    PO Box 48023,    Newark, NJ 07101-4823
516527919      +Navient Solutions, Inc. on behalf of,    NJHEAA,    PO BOX 548,    Trenton, NJ 08625-0548
516485523       Nelnet,   PO Box 82581,    Lincoln, NE 68501-2561
516619714      +New Jersey Attorney General Office,    Division of Law,    Richard J. Hughes Complex,
                 25 Market Street, PO Box 112,    Trenton, NJ 08625-0112
516485525       PNC Bank, NA,    PO Box 3429,   Pittsburgh, PA 15230-3429
516619713     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court: New Jersey Division of Taxation,
                 Compliance & Enforcement - Bkrptcy Unit,    50 Barrack Street, 9th Floor,    PO Box 245,
                 Trenton, NJ 08695)
516485526       South Jersey Gas Company,    Customer Care Center,    PO Box 577,   Hammonton, NJ 08037-0577
516494943       Sterling Jewelers Inc.,    c/o Five Lakes Agency, Inc.,    P.O. Box 80730,
                 Rochester, MI 48308-0730
516485528       US Department of Education,    Direct Loan Servicing Center,    PO Box 5609,
                 Greenville, TX 75403-5609
516639263      +VW Credit Leasing, Ltd,    c/o VW Credit, Inc.,    PO Box 9013,   Addison, Texas 75001-9013
516485980       Virtua Health,    PO Box 8500-8267,    Philadelphia, PA 19178-8500

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov May 11 2018 23:56:09     U.S. Attorney,   970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 11 2018 23:56:04     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516606331       EDI: GMACFS.COM May 12 2018 03:33:00     Ally Financial,   PO Box 130424,
                 Roseville MN 55113-0004
516485504       EDI: GMACFS.COM May 12 2018 03:33:00     Ally Financial,   PO Box 380901,
                 Minneapolis, MN 55438-0901
516485505       E-mail/Text: bankruptcy@pepcoholdings.com May 11 2018 23:55:51
                 Atlantic City Electric Company,    Pepco Holdings, Inc.,
                 Bankruptcy Division, Mail Stop 84CP42,    5 Collins Drive, Suite 2133,
                 Carneys Point, NJ 08069-3600
516485509       EDI: CAPITALONE.COM May 12 2018 03:34:00     Capital One,   PO Box 30285,
                 Salt Lake City, UT 84130-0285
516570367      +E-mail/Text: bankruptcy@cavps.com May 11 2018 23:56:31     Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
516485510       EDI: CITICORP.COM May 12 2018 03:34:00     Citi Cards,   PO Box 6500,
                 Sioux Falls, SD 57117-6500
516485511      +E-mail/Text: ned-collections_bankruptcydocuments@comcast.com May 11 2018 23:56:47     Comcast,
                 1 Comcast Ctr,    Philadelphia, PA 19103-2899
516485512       EDI: WFNNB.COM May 12 2018 03:34:00     Comenity Bank,   Bankruptcy Department,   PO Box 182125,
                 Columbus, OH 43218-2125
516485513       EDI: RCSFNBMARIN.COM May 12 2018 03:34:00     CreditOne Bank,   PO Box 98873,
                 Las Vegas, NV 89193-8873
516485518      +EDI: IIC9.COM May 12 2018 03:35:00     I.C. System Inc.,   PO Box 64378,
                 Saint Paul, MN 55164-0378
516485519       EDI: IRS.COM May 12 2018 03:34:00     Internal Revenue Service,   PO Box 7346,
                 Philadelphia, PA 19101-7346
516653869       EDI: RESURGENT.COM May 12 2018 03:34:00     LVNV Funding, LLC its successors and assigns as,
                 assignee of Citibank, N.A.,    Resurgent Capital Services,   PO Box 10587,
                 Greenville, SC 29603-0587
516614320      +EDI: MID8.COM May 12 2018 03:34:00     MIDLAND FUNDING LLC,   PO BOX 2011,
                 WARREN, MI 48090-2011
516485522       EDI: NAVIENTFKASMSERV.COM May 12 2018 03:33:00     Navient,   PO Box 9655,
                 Wilkes Barre, PA 18773-9655
516533519      +EDI: AGFINANCE.COM May 12 2018 03:33:00     ONEMAIN,   605 MUNN ROAD,   FT. MILL, SC 29715-8421
516485524       EDI: AGFINANCE.COM May 12 2018 03:33:00     OneMain Financial,   Bankruptcy Dept,   PO Box 6042,
                 Sioux Falls, SD 57117-6042

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: May 11, 2018
                              Form ID: 148             Total Noticed: 53
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
516871162        EDI: PRA.COM May 12 2018 03:33:00      Portfolio Recovery Associates, LLC,    PO Box 41067,
                  Norfolk, VA 23541
516871163        EDI: PRA.COM May 12 2018 03:33:00      Portfolio Recovery Associates, LLC,    PO Box 41067,
                  Norfolk, VA 23541,    Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk, VA 23541
516676833        EDI: PRA.COM May 12 2018 03:33:00      Portfolio Recovery Associates, LLC,
                  c/o Best Buy Credit Card,    POB 41067,    Norfolk VA 23541
516663470        EDI: PRA.COM May 12 2018 03:33:00      Portfolio Recovery Associates, LLC,
                  c/o Capital One Bank, N.A.,     POB 41067,    Norfolk VA 23541
516676492        EDI: PRA.COM May 12 2018 03:33:00      Portfolio Recovery Associates, LLC,
                  c/o The Home Depot Consumer,    POB 41067,    Norfolk VA 23541
516580706        EDI: Q3G.COM May 12 2018 03:35:00      Quantum3 Group LLC as agent for,    Comenity Bank,
                  PO Box 788,    Kirkland, WA  98083-0788
516560764        EDI: Q3G.COM May 12 2018 03:35:00      Quantum3 Group LLC as agent for,    Comenity Capital Bank,
                  PO Box 788,    Kirkland, WA  98083-0788
516485527        EDI: RMSC.COM May 12 2018 03:34:00      Synchrony Bank,    ATTN: Bankruptcy Dept,    PO Box 965060,
                  Orlando, FL 32896-5060
516485530        E-mail/Text: vci.bkcy@vwcredit.com May 11 2018 23:56:20      Volkswagen Credit,    PO Box 3,
                  Hillsboro, OR 97123-0003
516485529       +EDI: VERIZONCOMB.COM May 12 2018 03:35:00      Verizon,    500 Technology Dr Ste 550,
                  Weldon Spring, MO 63304-2225
516579178        EDI: WFFC.COM May 12 2018 03:34:00      Wells Fargo Bank NA,    PO Box 10438,
                  Des Moines    IA    50306-0438
516485531        EDI: WFFC.COM May 12 2018 03:34:00      Wells Fargo Financial National Bank,    PO Box 10347,
                  Des Moines, IA 50306-0347
                                                                                               TOTAL: 30

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 13, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 11, 2018 at the address(es) listed below:
```
              Denise E. Carlon    on behalf of Creditor    VW Credit Leasing, Ltd dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa     ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
              Rex J. Roldan    on behalf of Joint Debtor Justine D. Martino roldanlaw@comcast.net,
               r43760@notify.bestcase.com
              Rex J. Roldan    on behalf of Debtor Patrick J. Martino roldanlaw@comcast.net,
               r43760@notify.bestcase.com
              Robert P. Saltzman    on behalf of Creditor    Freedom Mortgage Corporation dnj@pbslaw.org
                                                                                             TOTAL: 6
```